SUITE 202
4021 UNIVERSITY DRIVE
FAIRFAX, VA 22030
(866) 656-0379

SUITE 100
30 BUXTON FARMS ROAD
STAMFORD, CT 06905
(203) 992-8200
FAX: (855) 425-1979

SUITE 130
DELAWARE CORPORATE CENTER 1
ONE RIGHTER PARKWAY
WILMINGTON, DELAWARE 19803
(302) 409-3520
FAX 855-425-1980

LAW OFFICES
# McCABE, WEISBERG & CONWAY, P.C.
SUITE 210
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
FAX (914)-636-8901

SUITE 1400
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
FAX (215) 790-1274

SUITE 303
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
FAX (856) 858-7020

SUITE 800
312 MARSHALL AVENUE
LAUREL, MD 20707
(301) 490-3361
FAX (301) 490-1568
Also servicing the District of Columbia

Dated: November 4, 2013

In re: German Pizarro
12-24195

Dear Judge Drain,

My office represents Carrington Mortgage Services, LLC on the loss mitigation in the above case. Please allow this letter to serve as a loss mitigation status report. I am happy to advise that after review the the borrower has been approved for a Tier 1 HAMP. The trial agreement is in the process of being generated. The new interest rate will be at 3% which will bring the principle and interest payment amount to $1,282.96 (not including taxes and insurance)

Thank you and have a great day.

Sincerely,

Charles Higgs